In the Matter of the Judicial Settlement of the Accounts of William J. Roche, as Executor, etc., of Henry T. Nason, Deceased. Eliza E. Bates and Susan A. Dearborn, Appellants, v. William J. Roche, as Executor, etc., of Henry T. Nason, Deceased, and Others, Respondents.— Motion denied.

In the Matter of Complaint of Trustees of Village of Saratoga Springs, Respondent, v. The Saratoga Gas, Electric Light and Power Company, Appellant.— Application for stay denied.

John F. Slater, Appellant, v. Louise H. Grannemann and Others, Respondents.— Motion granted, with ten dollars costs, unless the appellant, within ten days, serves on respondent copies of printed papers on appeal and pays twenty dollars costs, in which case motion is denied, without costs.

Cornelia Van Druten, an Infant, by Mary Van Druten Capell, Her Guardian ad Litem, Plaintiff, v. Isaac Roff, Defendant.— Motion denied.

Walter Wilhelm v. Fuller & Warren Company.— Motion denied.